■ In the Matter of ALEXANDER ACHILLES S., a Child Alleged to be Neglected. KATHERINE SHANTA S., Appellant; THE CHILDREN'S AID SOCIETY et al., Respondents. [934 NYS2d 376]—

A preponderance of the evidence supports the finding that it is in the child's best interests to terminate respondent's parental rights and free the child for adoption by his foster mother (*see Matter of Star Leslie W.*, 63 NY2d 136, 147-148 [1984]). The evidence demonstrated that the child, who has special needs, has been provided a loving and stable home environment by his foster mother, in whose care he has remained since the age of six months. The foster mother expressed a willingness to continue visitation between the child and his siblings. Furthermore, contrary to respondent's suggestion, a suspended judgment is not warranted under the circumstances (*see Matter of Michael B.*, 80 NY2d 299, 311 [1992]). Concur—Mazzarelli, J.P., Andrias, Friedman, Catterson and Freedman, JJ.